# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>QATAR AIRWAYS GROUP (Q.C.S.C.), A NEW YORK CORPORATION; and Does 1 through 50, inclusive;<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>ALI BOZORGMEHR, an Individual; | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**Electronically FILED by**<br>**Superior Court of California,**<br>**County of Los Angeles**<br>**2/17/2026 4:35 PM**<br>**David W. Slayton,**<br>**Executive Officer/Clerk of Court,**<br>**By C. Nava, Deputy Clerk** |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: ~~Torrance Courthouse~~<br>*(El nombre y dirección de la corte es):*<br>~~825 Maple Ave Torrance, Ca 90503~~<br>TORRANCE COURTHOUSE<br>825 MAPLE AVENUE<br>TORRANCE, CA 90503 | CASE NUMBER:<br>*(Número del Caso):*<br>**26TRCV00581** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert Bazikyan, Esq.; 4730 Woodman Ave., Suite 410, Sherman Oaks, CA 91423; (818) 646-0445

| | | | |
|---|---|---|---|
| DATE: 02/17/2026<br>*(Fecha)* | David W. Slayton, Executive Officer/Clerk of Court<br>Clerk, by<br>*(Secretario)* _____ C. Nava _____ | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| | |
|---|---|
| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served<br>1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☐ on behalf of *(specify):*<br>under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)<br>☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)<br>☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)<br>☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

Robert Bazikyan, Esq. (SBN: 242921)
Law Offices of Robert Bazikyan
4730 Woodman Ave., Suite 410
Sherman Oaks, CA 91423
Telephone: (818) 646-0445
Facsimile: (818) 646-0368
Email: Rbazikyan@gmail.com

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/17/2026 4:35 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Nava, Deputy Clerk

Attorney for Plaintiff: ALI BOZORGMEHR

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES - UNLIMITED CIVIL CASE

ALI BOZORGMEHR, an Individual;

    Plaintiff(s),

    v.

QATAR AIRWAYS GROUP (Q.C.S.C.), A NEW YORK CORPORATION; and Does 1 through 50, inclusive;

    Defendant(s).

NO. 26TRCV00581

DEMAND FOR OVER $35,000

COMPLAINT FOR PERSONAL INJURY

DEMAND FOR JURY TRIAL

1.    Plaintiff is informed and believes and based thereon alleges that at all times mentioned herein QATAR AIRWAYS GROUP (Q.C.S.C), is corporation organized under the State of New York and is engaged in the business of international passenger and cargo transportation; qualified to do business in the State of California.

2.    Plaintiff is unaware of the true names and capacities of the Defendants named herein as Does 1 through 50, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff will seek leave of Court to amend this Complaint when the true names and capacities of said Defendants are ascertained. Plaintiff is informed and believe and based thereon alleges that each Defendant named herein

- 1 -

COMPLAINT FOR PERSONAL INJURY

by such fictitious name is in some manner liable for the damages sustained by Plaintiff as alleged herein.

3.      Plaintiff is informed and believes and based thereon alleges that at all times herein mentioned each Defendant was the agent of each and all of the other Defendant(s) and was acting within the course and scope of said agency.

4.      Plaintiff is informed and believes and based thereon alleges that at all times herein mentioned, the person(s) who were acting as operator and driver of the vehicle(s) involved in this accident were operating and driving said vehicle(s) with the knowledge, permission and consent of all other Defendant(s).

5.      The events giving rise to this action occurred on or about February 20, 2024 at or near 1 World Way, in the City of Los Angeles, California 90045.

6.      At all times herein mentioned, the owners and operators of airline on which the incident that is the subject of this Complaint occurred were the following Defendant(s): **ALL DEFENDANTS.**

7.      At all times herein mentioned, the person(s) who were operating and or working for the airline on which the incident that is the subject of this Complaint occurred were the following Defendant(s): **ALL DEFENDANTS.**

8.      At said time and place, the Defendant(s), and each of them, proximately caused injuries and damages as hereinafter mentioned to said Plaintiffs by negligently, wantonly, recklessly, tortuously and unlawfully entrusting, permitting, managing, maintaining, servicing, repairing, inspecting, servicing the passengers of the flight on the of airline on which the incident that is the subject of this Complaint so as to proximately cause injury to Plaintiff by pouring an extremely hot carafe of coffee on the Plaintiff causing severe burns and other injuries.

9.      As a proximate result of this accident, Plaintiff sustained permanent bodily injuries and has had, and in the future will have, pain, suffering, worry and anxiety, all to Plaintiffs' general damages in an amount within the jurisdiction of this Court.

10.     As a proximate result of this accident, Plaintiff has incurred, and in the future will incur, medical and related expenses in such amounts as will be proven at the time of trial.

11.     As a proximate result of this accident, Plaintiff has lost, and in the future will lose, the ability to do Plaintiff's usual work, and have had and will have lost earnings capacity all to Plaintiff's

- 2 -

COMPLAINT FOR PERSONAL INJURY

damages in such amounts as will be proven at time of trial.

12. As a proximate result of this accident, Plaintiff has had certain personal property damaged in such amounts as will be proven at time of trial.

**WHEREFORE THE FOLLOWING JUDGMENT IS PRAYED FOR BY PLAINTIFFS AGAINST ALL DEFENDANTS:**

1. General damages in an amount within the jurisdiction of this Court, and according to proof;

2. Medical and related expenses according to proof;

3. Loss of earnings according to proof;

4. Loss of earnings capacity according to proof;

5. Cost of suit;

6. For such other and further relief as the Court may deem just and proper.

DATED: February 17, 2026          By_____

ROBERT BAZIKYAN

- 3 -

COMPLAINT FOR PERSONAL INJURY